COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE TO FILE SPECIAL CLERK'S RECORD

Appellate case name:     Ex Parte Niteroi Jermone Davis

Appellate case number:   01-17-00709-CR

Trial court case number:  16018

Trial court:             21st District Court of Washington County

On September 11, 2017, this Court received a document entitled "Writ of Habeas Corpus" from appellant, Niteroi Jermone Davis, seeking to reduce bail.

The district clerk is directed to prepare, certify, and file in this Court a special clerk's record containing a judgment or appealable order, the trial court's certification of the appellant's right of appeal of that judgment or appealable order, any notice of appeal, or a statement that no such judgment, appealable order, certification or notice of appeal exists in the record. *See* TEX. R. APP. P. 25.2(b), (d), 34.5(a)(12), (c)(1)-(2). Accordingly, the Court **ORDERS** the district clerk to file the special clerk's record **within 10 days of the date of this order**. *See id.* 25.2(a)(2), (d), 34.5(a), 37.1.

It is so **ORDERED**.

Judge's signature: /s/ Sherry Radack

☑ Acting individually     ☐ Acting for the Court

Date: October 24, 2017